UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| BENJAMIN FYFFE, | : | 18 U.S.C. § 2423(b) |
| Defendant. | : | (Travel with Intent to Engage in Illicit |
| | : | Sexual Conduct) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 11, 2014, in the District of Columbia and elsewhere, the defendant, **BENJAMIN FYFFE**, did knowingly travel in interstate commerce, that is, from the State of Tennessee to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2241(c), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

   (**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

VINCENT H. COHEN, JR.
Acting United States Attorney, D.C. Bar No. 471489

_____/s/_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No.494059
U.S. Attorney's Office
555 4th Street, N.W., Room 10-112
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov